BKY No. 10-51280

In re:

Stephen John Wiczek and
Donna Lorraine Wiczek,

       Debtors.

Terri A. Running, Trustee,

       Plaintiff,

vs.

Nisswa Marine, Inc.,

       Defendant.

Adv. No.:  11-5009

**NOTICE OF HEARING AND**
**MOTION FOR SUMMARY JUDGMENT**

To:    Entities specified in Local Rule 9013-3.

    1.    Plaintiff Terri A. Running, Trustee ("**Trustee**"), by and through her undersigned attorneys, moves the Court for the relief requested below and gives notice of hearing.

    2.    The Court will hold a hearing on this motion at 1:30 p.m. on August 3, 2011, before the Honorable Gregory F. Kishel, Chief Judge, in Courtroom 2A, 316 Robert Street North, St. Paul, Minnesota 55101, or as soon thereafter as counsel can be heard.

    3.    Any response to this Motion must be filed and served by delivery no later than July 29, which is five (5) days before the time set for the hearing (including Saturdays, Sundays and holidays).  UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

    4.    This Court has jurisdiction over this Motion under 28 U.S.C. §§157 and 1334, Bankruptcy Rule 5005 and Local Rule 1070-1.  This is a core proceeding.  The petition

commencing this Chapter 7 case was filed on September 14, 2010. The case is now pending before this Court.

5. This motion arises under Bankruptcy Rule 7056. This motion is filed under Bankruptcy Rule 9014 and Local Rules 9013-2 through 9013-4. Movant requests an Order for summary judgment in favor of Trustee and against Defendant Nisswa Marine, Inc. ("**Defendant**").[1]

6. Defendant is a corporation wholly-owned by the Debtors Stephen and Donna Wiczek ("**Debtors**") which operates as a marina and boat dealership Nisswa, Minnesota.

7. Defendant emerged from its own Chapter 11 reorganization (Bankr. 09-50799) on August 19, 2010 by way of confirmation of its plan of reorganization.

8. In its monthly report for the period ending August 19, 2010 and submitted to the Office of the United States Trustee, Defendant reported assets in excess of $1.5 million dollars and cash in excess of $150,000.00. That report is attached hereto as Exhibit A.

9. During the 90 days prior to the commencement of this bankruptcy case, Debtors transferred $41,467.69 (the "**Transfers**") to Defendant as follows:

   a. $22,000.00 wire on <u>September 14, 2010</u> (date of filing) from account of "Stephen J. Wiczek d/b/a Falls Flag Source". See Exhibit B attached hereto.

   b. $9,467.69 wire on <u>September 14, 2010</u> from account of "Donna Wiczek POD Account." See Exhibit C attached hereto.

10. The Debtors were insolvent at the time of the Transfers (the day they commenced their own bankruptcy case) and this is admitted by Debtors in their Answer at par. 12.

---

[1] Summary judgment is sought on one count of the Complaint.

11.     On or about September 13, 2010, Defendant had $114,896.49 on deposit at Wells Fargo.  On September 28, 2010, Defendant had $212,260.38 on deposit at Wells Fargo.  See, Exhibit D.

12.     The Debtors did not receive reasonably equivalent value for the Transfers.     This is evidenced by the following:

a.     Debtors scheduled their interest in Nisswa Marine, Inc. to be valued at $0.00 on the same day as the Transfers.  The amended schedules did not change that valuation.  The amended schedules are attached hereto as Exhibit E.

b.     Nisswa Marine, Inc. has just emerged from Chapter 11 bankruptcy and remained insolvent.

13.     Debtors made the Transfers to hinder, delay or defraud their creditors and the Trustee.

14.     Debtors made the Transfers at a time when they believed, or should have believed, that they could not pay their debts as they became due.  This is evidenced by the following:

a.     Debtors filed bankruptcy on the same date as the Transfers.

b.     Debtors home was in foreclosure and their business, the Defendant, was just emerging from its own bankruptcy.

c.     Debtors' schedules, although incomplete and inaccurate, evidence substantial unpaid debts.

15.     The Debtor's Summary of Schedules is attached hereto as Exhibit F.

16.     The Trustee gives notice that she may testify at the hearing of this matter.

**WHEREFORE**, the Trustee requests that the Court grant summary judgment in her favor:

1.       Awarding the Trustee a judgment against Nisswa Marine, Inc. in the amount of $41,467.69;

2.       For such other and further relief as is just and equitable.

                      **LEONARD, O'BRIEN**
                      **SPENCER, GALE & SAYRE, LTD.**

                          /e/ Matthew R. Burton

Dated: June 17, 2011           By_____
                        Matthew R. Burton, #210018
                        Attorneys for Terri A. Running, Trustee
                        100 South Fifth Street, Suite 2500
                        Minneapolis, Minnesota 55402-1234
                        (612) 332-1030

## **VERIFICATION**

I, Terri A. Running, Trustee for the Bankruptcy Estate of Stephen John Wiczek and Donna Lorraine Wiczek named in the foregoing Notice of Hearing and Motion for Summary Judgment, declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

Executed on June 17, 2011

/e/ Terri A. Running

_____

Terri A. Running, Trustee

439372

DEBTOR: Nisswa Marine, Inc.

CASE NUMBER: 09-50799

MONTHLY OPERATING REPORT
CHAPTER 11

Form 2-A
COVER SHEET

For Period Ending August 19, 2010

Accounting Method:  [X] Accrual Basis  [ ] Cash Basis

## THIS REPORT IS DUE 15 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing. File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [✓] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [✓] | [ ] | 2. Balance Sheet (Form 2-C) |
| [✓] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [✓] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [✓] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [✓] | [ ] | 6. Narrative (Form 2-G) |
| [✓] | [ ] | 7. Bank Statements for All Bank Accounts |
| [✓] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 9-4-10

Print Name: Heather Wiczek

Signature: _____

Title: Controller

EXHIBIT
tabbies
A

Rev. 01/01/08

9-23-10

**DEBTOR:** _Nisswa Marine Inc._     **CASE NO:** _09-50799_

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: _August 1_ to _August 19, 2010_

_See Attached._

| CASH FLOW SUMMARY | Current Month | Accumulated |
|---|---|---|
| 1. Beginning Cash Balance | $ _____ | _____ (1) |
| 2. Cash Receipts | | |
| Operations | | |
| Sale of Assets | | |
| Loans/advances | | |
| Other | | |
| Total Cash Receipts | $ _____ | _____ |
| 3. Cash Disbursements | | |
| Operations | | |
| Debt Service/Secured loan payment | | |
| Professional fees/U.S. Trustee fees | | |
| Other | | |
| Total Cash Disbursements | $ _____ | _____ |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | | |
| 5 Ending Cash Balance (to Form 2-C) | $ _____ | _____ (2) |

| CASH BALANCE SUMMARY | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | _____ | $ _____ |
| DIP Operating Account | _____ | |
| DIP State Tax Account | _____ | |
| DIP Payroll Account | _____ | |
| Other Operating Account | _____ | |
| Other Interest-bearing Account | _____ | |
| TOTAL (must agree with Ending Cash Balance above) | | $ _____ |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

Page 1 of 3
Rev. 01/01/08

Nisswa Marine, Inc.
## Cash Account Register
For the Period From Aug 1, 2010 to Aug 19, 2010
10300 - Wells Fargo Bank- GENERAL

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-------------|-------------|---------|
| | | | Opening Balance | | | 201,535.59 | 201,535.59 |
| 8/2/10 | 3159 | Payment | HANNAY'S | 02869-01 | 135.89 | | 201,399.70 |
| 8/2/10 | 3160 | Payment | BODYWORKS | 695 | 898.00 | | 200,501.70 |
| 8/2/10 | 3161 | Payment | VOL | NEW49682/OL | 584.31 | | 199,917.39 |
| 8/2/10 | 3162 | Payment | LANDNSEA | 927741 | 36.07 | | 199,881.32 |
| 8/2/10 | 3163 | Payment | YAM | 246710 | 148.17 | | 199,733.15 |
| 8/2/10 | 3164 | Payment | MERCURY | 84585 | 10.98 | | 199,722.17 |
| 8/2/10 | 3165 | Payment | GLBS | | 300.00 | | 199,422.17 |
| 8/2/10 | BRP58994784 | Payment | BRP | 22-0390 | 3,360.95 | | 196,061.22 |
| 8/2/10 | TRANSFER | Payment | WELLSFARGO | | 2.50 | | 196,058.72 |
| 8/3/10 | DEP080310 | Gen. Jrnl. | | | | 13,802.77 | 209,861.49 |
| 8/3/10 | 3166 | Payment | YAM | 246710 | 161.19 | | 209,700.30 |
| 8/3/10 | 3167 | Payment | LANDNSEA | 927741 | 104.65 | | 209,595.65 |
| 8/3/10 | 3168 | Payment | HANNAY'S | 02869-01 | 169.79 | | 209,425.86 |
| 8/3/10 | BRP59018810 | Payment | BRP | 22-0390 | 70.20 | | 209,355.66 |
| 8/3/10 | EBPR1015131 | Payment | HOND | 311427 | 1,469.33 | | 207,886.33 |
| 8/3/10 | JULY SALES | Payment | WELLSFARGO | | 33,792.00 | | 174,094.33 |
| 8/3/10 | SO 122109-00 | Payment | PREMIER | 2420 | 150.00 | | 173,944.33 |
| 8/3/10 | TRANSFER | Payment | WELLSFARGO | | 9,248.48 | | 164,695.85 |
| 8/4/10 | 3169 | Payment | HANNAY'S | 02869-01 | 91.96 | | 164,603.89 |
| 8/4/10 | 3170 | Payment | MERCURY | 84585 | 79.57 | | 164,524.32 |
| 8/4/10 | 3171 | Payment | RAN | | 220.00 | | 164,304.32 |
| 8/4/10 | 3172 | Payment | STATEOF | | 309.50 | | 163,994.82 |
| 8/4/10 | 3173 | Payment | STATEOF | | 516.50 | | 163,478.32 |
| 8/4/10 | 3174 | Payment | BRAINERDREC | 1850 | 82.72 | | 163,395.60 |
| 8/4/10 | 3175 | Payment | | | 117.56 | | 163,278.04 |
| 8/4/10 | 3177 | Payment | VOL | NEW49682/OL | 1,717.06 | | 161,560.98 |
| 8/4/10 | 3178 | Payment | | | | | 161,560.98 |
| 8/4/10 | 35642 | Payment | CDS | 89711 | 60.00 | | 161,500.98 |
| 8/4/10 | EBPR1015031 | Payment | HOND | 311427 | 146.04 | | 161,354.94 |
| 8/4/10 | CONSIGN | Receipt | | 8/4/10 | | 2,038.00 | 163,392.94 |
| 8/4/10 | CONSIGN | Receipt | | 8/4/10 | | 1,797.50 | 165,190.44 |
| 8/4/10 | MARINE MST | Receipt | | 8/4/10 | | 55.00 | 165,245.44 |
| 8/4/10 | RANGER | Receipt | | 8/4/10 | | 231.33 | 165,476.77 |
| 8/4/10 | RANGER | Receipt | | 8/4/10 | | 247.50 | 165,724.27 |
| 8/5/10 | 3179 | Payment | NNB | | 25,500.00 | | 140,224.27 |
| 8/5/10 | 3181 | Payment | NORTHERNWH | 9632292 | 68.02 | | 140,156.25 |
| 8/5/10 | 3182 | Payment | LMI | | 635.91 | | 139,520.34 |
| 8/5/10 | 3183 | Payment | NISSWASANITATION | 33777 | 288.25 | | 139,232.09 |
| 8/5/10 | 3184 | Payment | CARLSONHDWE | | 30.71 | | 139,201.38 |
| 8/5/10 | 3185 | Payment | INT | | 364.70 | | 138,836.68 |
| 8/5/10 | 3186 | Payment | HOLLCO | 46180052 | 228.33 | | 138,608.35 |
| 8/5/10 | 3187 | Payment | BLI | | 128.92 | | 138,479.43 |
| 8/5/10 | 3188 | Payment | HANNAY'S | 02869-01 | 411.04 | | 138,068.39 |
| 8/5/10 | 3189 | Payment | NAPA | 5583 | 135.64 | | 137,932.75 |
| 8/5/10 | 3190 | Payment | CITI | | 500.00 | | 137,432.75 |
| 8/5/10 | 3191 | Payment | GMAC | 007-9003-54596 | 700.00 | | 136,732.75 |
| 8/5/10 | 3192 | Payment | CHASE | 1051111313541 | 300.54 | | 136,432.21 |
| 8/5/10 | 3193 | Payment | BRAINERDREC | 1850 | 249.04 | | 136,183.17 |
| 8/5/10 | APPLY | Payment | MERCURY | 84585 | | | 136,183.17 |
| 8/5/10 | SO 122587-00 | Payment | PREMIER | 2420 | 150.00 | | 136,033.17 |
| 8/5/10 | UPS080510 | Payment | UPS | BWNCWNG | 83.36 | | 135,949.81 |
| 8/6/10 | PR | Gen. Jrnl. | | | 20,935.65 | | 115,014.16 |
| 8/6/10 | 3194 | Payment | BRAINERDREC | 1850 | 469.58 | | 114,544.58 |
| 8/6/10 | 3195 | Payment | BRP | 22-0390 | 69.40 | | 114,475.18 |
| 8/6/10 | 3196 | Payment | MERCURY | 84585 | 143.10 | | 114,332.08 |
| 8/6/10 | 3197 | Payment | MERCURY | 84585 | 40.50 | | 114,291.58 |
| 8/6/10 | 3198 | Payment | MERCURY | 84585 | 11.69 | | 114,279.89 |
| 8/8/10 | DEP080810 | Gen. Jrnl. | | | | 43,497.71 | 157,777.60 |
| 8/9/10 | 3199 | Payment | YAM | 246710 | 96.85 | | 157,680.75 |
| 8/9/10 | 3200 | Payment | MERCURY | 84585 | 128.75 | | 157,552.00 |
| 8/9/10 | 3201 | Payment | RAN | | 94.50 | | 157,457.50 |
| 8/9/10 | 3202 | Payment | BRAINERDREC | 1850 | 145.87 | | 157,311.63 |
| 8/9/10 | 3203 | Payment | COBALT | 376500 | 251.31 | | 157,060.32 |
| 8/9/10 | 3204 | Payment | INDMAR | N018515 | 281.19 | | 156,779.13 |
| 8/9/10 | 3205 | Payment | NORTHERNWH | 9632292 | 80.73 | | 156,698.40 |
| 8/9/10 | 3206 | Payment | GULLLAKEMARINA | TCS43 | 382.81 | | 156,315.59 |
| 8/9/10 | 3207 | Payment | FINCRAFT | | 14.43 | | 156,301.16 |

# Nisswa Marine, Inc.
## Cash Account Register
For the Period From Aug 1, 2010 to Aug 19, 2010
10300 - Wells Fargo Bank- GENERAL

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt | Receipt Amt | Balance |
|---|---|---|---|---|---|---|---|
| 8/9/10 | 3208 | Payment | SKIERS | | 1,435.40 | | 154,865.76 |
| 8/9/10 | 3209 | Payment | YAM | 246710 | 1,275.96 | | 153,589.80 |
| 8/9/10 | 3210 | Payment | CDS | 89711 | 50.25 | | 153,539.55 |
| 8/9/10 | 3211 | Payment | BCPROPELLER | | 183.00 | | 153,356.55 |
| 8/9/10 | 3212 | Payment | DHDOCK | | 58.65 | | 153,297.90 |
| 8/9/10 | 3213 | Payment | FINKEN | | 10.69 | | 153,287.21 |
| 8/9/10 | BRP59267194 | Payment | BRP | 22-0390 | 85.29 | | 153,201.92 |
| 8/9/10 | SO 122618-00 | Payment | PREMIER | 2420 | 54.93 | | 153,146.99 |
| 8/10/10 | DEP081010 | Gen. Jrnl. | | | | 5,048.22 | 158,195.21 |
| 8/10/10 | 3214 | Payment | MERCURY | 84585 | 440.91 | | 157,754.30 |
| 8/10/10 | 3215 | Payment | LANDNSEA | 927741 | 14.21 | | 157,740.09 |
| 8/10/10 | 3216 | Payment | VOL | NEW49682/OL | 117.36 | | 157,622.73 |
| 8/10/10 | BRP59307104 | Payment | BRP | 22-0390 | 11.01 | | 157,611.72 |
| 8/10/10 | SO 122645-00 | Payment | PREMIER | 2420 | 10.07 | | 157,601.65 |
| 8/10/10 | CONSIGN | Receipt | | 081010 | | 2,469.00 | 160,070.65 |
| 8/10/10 | LAND-SEA | Receipt | | 081010 | | 106.52 | 160,177.17 |
| 8/10/10 | MIDMN | Receipt | | 081010 | | 5.10 | 160,182.27 |
| 8/10/10 | RANGER | Receipt | | 081010 | | 837.00 | 161,019.27 |
| 8/11/10 | DEP081110 | Gen. Jrnl. | | | | 8,453.62 | 169,472.89 |
| 8/11/10 | 201008111037 | Payment | HOND | 311427 | 33.71 | | 169,439.18 |
| 8/11/10 | 3217 | Payment | BRAINERDREC | 1850 | 1,847.20 | | 167,591.98 |
| 8/11/10 | 3218 | Payment | LARKINHOFFMAN | | 7,354.51 | | 160,237.47 |
| 8/11/10 | 3219 | Payment | REE | | 196.99 | | 160,040.48 |
| 8/11/10 | 3220 | Payment | NAPA | 5583 | 357.70 | | 159,682.78 |
| 8/11/10 | 3221 | Payment | INTEGRA | 60225488 | 697.34 | | 158,985.44 |
| 8/11/10 | 3222 | Payment | INT | | 621.53 | | 158,363.91 |
| 8/11/10 | 3223 | Payment | BCPROPELLER | | 131.25 | | 158,232.66 |
| 8/11/10 | 3224 | Payment | NORTHERNWH | 9632292 | 100.68 | | 158,131.98 |
| 8/11/10 | 3225 | Payment | LARSON | 16081 | 93.80 | | 158,038.18 |
| 8/11/10 | 3226 | Payment | MERCURY | 84585 | 92.13 | | 157,946.05 |
| 8/11/10 | 3227 | Payment | HANNAY'S | 02869-01 | 217.55 | | 157,728.50 |
| 8/11/10 | 3228 | Payment | NISSWAPROPERTIES | | 28,274.29 | | 129,454.21 |
| 8/11/10 | 3229 | Payment | RAN | | 12.95 | | 129,441.26 |
| 8/11/10 | 3230 | Payment | LANDNSEA | 927741 | 63.84 | | 129,377.42 |
| 8/11/10 | 3231 | Payment | MERCURY | 84585 | 11.69 | | 129,365.73 |
| 8/11/10 | 3232 | Payment | MERCURY | 84585 | 43.15 | | 129,322.58 |
| 8/11/10 | 3234 | Payment | | | | | 129,322.58 |
| 8/11/10 | EBPR1014331 | Payment | HOND | 311427 | 16.56 | | 129,306.02 |
| 8/11/10 | SO122679-00 | Payment | PREMIER | 2420 | 160.14 | | 129,145.88 |
| 8/12/10 | DEP081210 | Gen. Jrnl. | | | | 8,964.34 | 138,110.22 |
| 8/12/10 | 3235 | Payment | GALA | | 524.54 | | 137,585.68 |
| 8/12/10 | 3236 | Payment | BODYWORKS | 695 | 448.00 | | 137,137.68 |
| 8/12/10 | 3237 | Payment | BLUELAGOON | NISSWAMARI | 114.11 | | 137,023.57 |
| 8/12/10 | UPS1 | Payment | UPS | BWNCWNG | 76.89 | | 136,946.68 |
| 8/13/10 | 3238 | Payment | OASISOIL | | 1,896.36 | | 135,050.32 |
| 8/13/10 | 3239 | Payment | LANDNSEA | 927741 | 359.83 | | 134,690.49 |
| 8/13/10 | 3240 | Payment | MERCURY | 84585 | 320.36 | | 134,370.13 |
| 8/13/10 | BRP59485934 | Payment | BRP | 22-0390 | 45.88 | | 134,324.25 |
| 8/13/10 | SO122734-00 | Payment | PREMIER | 2420 | 168.90 | | 134,155.35 |
| 8/13/10 | TRANSFER | Payment | WELLSFARGO | | 344.00 | | 133,811.35 |
| 8/15/10 | DEP081510 | Gen. Jrnl. | | | | 16,252.13 | 150,063.48 |
| 8/16/10 | 3242 | Payment | | | | | 150,063.48 |
| 8/16/10 | 3243 | Payment | PLEASCRAFT | | 28.63 | | 150,034.85 |
| 8/17/10 | 3241 | Payment | | | | | 150,034.85 |
| 8/17/10 | 3244 | Payment | MERCURY | 84585 | 270.92 | | 149,763.93 |
| 8/17/10 | 3245 | Payment | LANDNSEA | 927741 | 41.95 | | 149,721.98 |
| 8/17/10 | 3246 | Payment | LANDNSEA | 927741 | 41.95 | | 149,680.03 |
| 8/17/10 | 3247 | Payment | ROCH | | 223.13 | | 149,456.90 |
| 8/17/10 | BRP59672448 | Payment | BRP | 22-0390 | 93.38 | | 149,363.52 |
| 8/17/10 | BRP59695638 | Payment | BRP | 22-0390 | 206.47 | | 149,157.05 |
| 8/17/10 | BRP59695650 | Payment | BRP | 22-0390 | 322.08 | | 148,834.97 |
| 8/18/10 | DEP081810 | Gen. Jrnl. | | | | 14,479.36 | 163,314.33 |
| 8/18/10 | 3249 | Payment | RAN | | 176.95 | | 163,137.38 |
| 8/18/10 | 3250 | Payment | KARAVAN | NISMAR | 2,328.00 | | 160,809.38 |
| 8/18/10 | 3251 | Payment | VOL | NEW49682/OL | 8.28 | | 160,801.10 |
| 8/19/10 | DEP080410 | Gen. Jrnl. | | | | 5,526.02 | 166,327.12 |
| 8/19/10 | DEP081910 | Gen. Jrnl. | | | | 6,000.30 | 172,327.42 |
| 8/19/10 | 3252 | Payment | BRAINERDREC | 1850 | 25.45 | | 172,301.97 |

## Nisswa Marine, Inc.
# Cash Account Register
### For the Period From Aug 1, 2010 to Aug 19, 2010
### 10300 - Wells Fargo Bank- GENERAL

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-------------|-------------|---------|
| 8/19/10 | 3253 | Payment | MERCURY | 84585 | 171.59 | | 172,130.38 |
| 8/19/10 | 3254 | Payment | SEALEGS | | 7,500.00 | | 164,630.38 |
| 8/19/10 | BRP59822482 | Payment | BRP | 22-0390 | 249.48 | | 164,380.90 |
| 8/19/10 | EBPR1013532 | Payment | HOND | 311427 | 26.59 | | 164,354.31 |
| 8/19/10 | UPS | Payment | UPS | BWNCWNG | 63.23 | | 164,291.08 |
| | | Total | | | 167,055.93 | 129,811.42 | |

Nisswa Marine, Inc.
## Cash Account Register
For the Period From Aug 1, 2010 to Aug 19, 2010
10320 - Wells Fargo Bank- TAX ACCT

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-------------|-------------|---------|
| 8/3/10 | 99100458432 | Payment | SALESTAX | 5617031 | 33,792.00 | | -33,792.00 |
| 8/3/10 | JULY SALES | Payment | WELLSFARGO | | -33,792.00 | | |
| 8/3/10 | TRANSFER | Payment | WELLSFARGO | | -9,248.48 | | 9,248.48 |
| 8/6/10 | PR 1 | Payment | MNWH | | 1,427.00 | | 7,821.48 |
| 8/6/10 | PR 2 | Payment | FEDWH | | 7,821.48 | | |
| | | Total | | | | | |

Nisswa Marine, Inc.
## Cash Account Register
For the Period From Aug 1, 2010 to Aug 19, 2010
10340 - Wells Fargo Bank- NNB HOLDING

Filter Criteria includes: Report order is by Transaction Date.

| Date | Reference | Type | Payee/Paid By | Memo | Payment Amt | Receipt Amt | Balance |
|------|-----------|------|---------------|------|-------------|-------------|---------|
| | | | Opening Balance | | | 19,329.62 | 19,329.62 |
| 8/13/10 | TRANSFER | Payment | WELLSFARGO | | -344.00 | | 19,673.62 |
| | | Total | | | -344.00 | | |

Nisswa Marine, Inc.
Balance Sheet
August 31, 2010

ASSETS

| Current Assets | | |
|---|---:|---:|
| Wells Fargo Bank- GENERAL | $ 132,767.17 | |
| Wells Fargo Bank- NNB HOLDING | 19,673.62 | |
| Cash Register Fund | 600.00 | |
| Accounts Receivable | 70,512.16 | |
| Receivable from Officer | 76,873.89 | |
| New Boats, Pkg Inventory | 148,903.04 | |
| Used Boats Pkg Inventory | 94,115.63 | |
| New Motors Inventory | 31,520.12 | |
| Used Motors Inventory | 3,722.50 | |
| New Trailers Inventory | 97,636.24 | |
| Used Trailers Inventory | 11,390.00 | |
| Dock & Lift Inventory | 132,422.41 | |
| Snowmobiles Inventory | 14,804.45 | |
| Misc. Units Inventory | 78,089.25 | |
| Parts & Accessory Inventory | 158,962.19 | |
| Gas Inventory | 6,968.99 | |
| Canvas Inventory | 11,784.04 | |
| HOLDING/CREDIT CARDS | (500.00) | |
| Warranty Hold Account | 15,491.58 | |
| | | |
| Total Current Assets | | 1,105,737.28 |
| | | |
| Property and Equipment | | |
| Vehicles & Equipment | 826,092.67 | |
| A/D-Vehicles & Equipment | (683,340.18) | |
| Leasehold Improvements | 510,553.30 | |
| A/D Leasehold Improvements | (161,107.68) | |
| Accum. Amortization | (500.00) | |
| | | |
| Total Property and Equipment | | 491,698.11 |
| | | |
| Other Assets | | |
| Organizational Costs | 500.00 | |
| | | |
| Total Other Assets | | 500.00 |
| | | |
| Total Assets | | $ 1,597,935.39 |

LIABILITIES AND CAPITAL

| Current Liabilities | | |
|---|---:|---:|
| Accounts Payable | $ 918,454.69 | |
| Customer Deposits | 50,237.85 | |
| Gift Certificates | 173.16 | |
| Federal W/H Taxes Payable | 0.13 | |
| FUTA Payable | 420.47 | |
| MN UC Fund Payable | 2,661.28 | |
| Section 125 Payable | 656.18 | |
| Use Tax | 13.10 | |
| Sales Tax | 1,996.31 | |
| Trailer Excise Tax | 130.00 | |
| Cisco Systems Corp. Fin. Co. | 8,351.75 | |
| CitiCaptial | 16,227.43 | |
| Honda Finance Floor Plan Note | 7,458.00 | |
| Interstate Consign Batteries | (1,351.90) | |
| JP Morgan Chase Bank N.A. 2005 | 298.24 | |

Nisswa Marine, Inc.
Balance Sheet
August 31, 2010

| | | |
|---|---:|---:|
| GMAC-2006 | 7,664.90 | |
| GMAC-2006 4DR | 17,136.40 | |
| US Bank - 2008 2500 Chevy | 22,450.09 | |
| Note Payable- NNB 2015058414 | 295,868.78 | |
| Note Payable Shareholder | 300,000.00 | |
| Internal Hold Account | (363.31) | |
| Holding/Clearing Account | (2,917.93) | |
| | | |
| Total Current Liabilities | | 1,645,565.62 |
| | | |
| Long-Term Liabilities | | |
| Note Payable NNB (2015052041) | 57,601.24 | |
| Note Payable NNB (2015052042) | 379,777.77 | |
| | | |
| Total Long-Term Liabilities | | 437,379.01 |
| | | |
| Total Liabilities | | 2,082,944.63 |
| | | |
| Capital | | |
| Capital Stock | 20,000.00 | |
| Treasury Stock | (580,000.00) | |
| Retained Earnings | 296,777.60 | |
| Net Income | (221,786.84) | |
| | | |
| Total Capital | | (485,009.24) |
| | | |
| Total Liabilities & Capital | $ | 1,597,935.39 |

Unaudited - For Management Purposes Only



# LAKEWOOD
### BANK
P.O. Box 500 - Nisswa, MN 56468
218-963-7325

**FDIC**

STEPHEN J WICZEK
DBA FALLS FLAG SOURCE                                    30
PO BOX 645                                                0
NISSWA MN   56468-0645                                    0

```
================================================================================
LAKEWOOD BANK OF NISSWA                    TELEPHONE:218-963-7325
PO BOX 500
NISSWA, MN    56468
================================================================================
```

Effective July 21, 2010, the FDIC`s standard maximum deposit insurance
coverage amount was permanently raised to $250,000 for all interest
bearing accounts. Non-interest bearing accounts are still fully covered
under the Transaction Account Guarantee Program and will remain fully
covered until at least December 31, 2010.

You are encouraged to contact any office of Lakewood Bank for assistance
in determining your deposit insurance coverage.

More information is available at www.FDIC.gov or by calling the FDIC`s
toll free customer assistance number - 1-877-275-3342

```
================================================================================
            BUSINESS FRIENDLY CHECKING ACCOUNT      3209
================================================================================
```

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ............................. | | | 08/31/10 | 51,776.77 |
| FNBO PYMT PROC 0011734491 | | 7,312.01 | 09/01/10 | 59,088.78 |
| CHECK # 11730 | 400.00 | | 09/01/10 | 58,688.78 |
| FNBO PYMT PROC 0011734491 | | 7,035.79 | 09/02/10 | 65,724.57 |
| FNBO PYMT PROC 0011734462 | 214.59 | | 09/02/10 | 65,509.98 |
| FNBO PYMT PROC 0011734491 | 1,128.98 | | 09/02/10 | 64,381.00 |
| FNBO PYMT PROC 0011734491 | | 9,377.45 | 09/03/10 | 73,758.45 |
| FNBO PYMT PROC 0011734491 | | 9,311.25 | 09/07/10 | 83,069.70 |
| FNBO PYMT PROC 0011734491 | | 13,057.33 | 09/07/10 | 96,127.03 |
| FNBO PYMT PROC 0011734491 | | 27,250.09 | 09/07/10 | 123,377.12 |
| CHECK # 11726 | 45.03 | | 09/07/10 | 123,332.09 |
| DEPOSIT | | 2,920.51 | 09/08/10 | 126,252.60 |
| DEPOSIT | | 180.79 | 09/09/10 | 126,433.39 |
| FNBO PYMT PROC 0011734462 | | 298.76 | 09/09/10 | 126,732.15 |
| FNBO PYMT PROC 0011734491 | | 2,885.77 | 09/09/10 | 129,617.92 |
| Transfer from Nisswa Signs | | 1,500.00 | 09/09/10 | 131,117.92 |

```
                    * * *  C O N T I N U E D  * * *
```

**EXHIBIT**

*tabbies*

_B_

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION.

# LAKEWOOD
### B A N K
P.O. Box 500 - Nisswa, MN 56468
218-963-7325

FDIC

STEPHEN J WICZEK

=================================================================
## BUSINESS FRIENDLY CHECKING ACCOUNT   3209
=================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| WIRE TRANSFER FEE | 20.00 | | 09/09/10 | 131,097.92 |
| Wire Transfer to: harris bank | 30,434.45 | | 09/09/10 | 100,663.47 |
| CHASE EPAY 982268697 | 3,152.73 | | 09/09/10 | 97,510.74 |
| CHECK # 11740 | 1,000.00 | | 09/09/10 | 96,510.74 |
| FNBO PYMT PROC 0011734491 | | 3,082.11 | 09/10/10 | 99,592.85 |
| WIRE TRANSFER FEE | 20.00 | | 09/10/10 | 99,572.85 |
| Wire Transfer to: lake region bank uncommon inc | | | | |
| | 56,998.86 | | 09/10/10 | 42,573.99 |
| FNBO PYMT PROC 0011734462 | 220.28 | | 09/10/10 | 42,353.71 |
| CHECK # 11734 | 45.95 | | 09/10/10 | 42,307.76 |
| CHECK # 11739 | 240.32 | | 09/10/10 | 42,067.44 |
| CHECK # 11746 | 575.00 | | 09/10/10 | 41,492.44 |
| CHECK # 11747 | 575.00 | | 09/10/10 | 40,917.44 |
| CHECK # 11750 | 599.00 | | 09/10/10 | 40,318.44 |
| CHECK # 11742 | 1,000.00 | | 09/10/10 | 39,318.44 |
| CHECK # 11738 | 1,446.31 | | 09/10/10 | 37,872.13 |
| CHECK # 11744 | 3,802.50 | | 09/10/10 | 34,069.63 |
| FNBO PYMT PROC 0011734491 | | 25.65 | 09/13/10 | 34,095.28 |
| FNBO PYMT PROC 0011734491 | | 74.81 | 09/13/10 | 34,170.09 |
| FNBO PYMT PROC 0011734462 | | 434.17 | 09/13/10 | 34,604.26 |
| FNBO PYMT PROC 0011734462 | | 2,770.64 | 09/13/10 | 37,374.90 |
| CHASE EPAY 984504270 | 939.20 | | 09/13/10 | 36,435.70 |
| CHECK # 11743 | 447.50 | | 09/13/10 | 35,988.20 |
| CHECK # 11745 | 1,800.00 | | 09/13/10 | 34,188.20 |
| FNBO PYMT PROC 0011734491 | | 50.23 | 09/14/10 | 34,238.43 |
| WIRE TRANSFER FEE | 20.00 | | 09/14/10 | 34,218.43 |
| WIRE TRANSFER FEE | 20.00 | | 09/14/10 | 34,198.43 |
| Wire Transfer to: WELLS FARGO | 32,000.00 | | 09/14/10 | 2,198.43 |
| CHECK # 11737 | 44.47 | | 09/14/10 | 2,153.96 |
| CHECK # 11736 | 81.84 | | 09/14/10 | 2,072.12 |
| CHECK # 11733 | 227.54 | | 09/14/10 | 1,844.58 |
| CHECK # 11751 | 592.50 | | 09/14/10 | 1,252.08 |
| WIRE FEE REFUND | | 40.00 | 09/15/10 | 1,292.08 |
| MN DEPT REVENUE MN REV PAY 99100659113 | | | | |
| | 59.00 | | 09/15/10 | 1,233.08 |
| IRS USATAXPYMT 270065800664256 | 532.30 | | 09/15/10 | 700.78 |
| CHECK # 11735 | 48.63 | | 09/15/10 | 652.15 |
| DEPOSIT | | 299.24 | 09/16/10 | 951.39 |
| VERIZON WIRELESS PAYMENTS 068069289500001 | | | | |
| | 100.07 | | 09/16/10 | 851.32 |
| FNBO PYMT PROC 0011734462 | | 3,621.12 | 09/17/10 | 4,472.44 |
| Online Transfer from BUSINESS FRIENDLY CH #10013696 | | | | |
| | | 600.00 | 09/17/10 | 5,072.44 |
| CHECK # 11753 | 202.10 | | 09/17/10 | 4,870.34 |
| CHECK # 11754 | 595.00 | | 09/17/10 | 4,275.34 |

* * * C O N T I N U E D * * *

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

# LAKEWOOD
### B A N K
P.O. Box 500 - Nisswa, MN 56468
218-963-7325

FDIC

DONNA WICZEK
POD ACCOUNT                                <C>    30
PO BOX 645
NISSWA MN  56468-0645

### * * *  F I N A L   S T A T E M E N T  * * *
============================================================================
LAKEWOOD BANK OF NISSWA                    TELEPHONE: 218-963-7325
PO BOX 500
NISSWA, MN   56468
============================================================================
Effective July 21, 2010, the FDIC's standard maximum deposit insurance
coverage amount was permanently raised to $250,000 for all interest
bearing accounts. Non-interest bearing accounts are still fully covered
under the Transaction Account Guarantee Program and will remain fully
covered until at least December 31, 2010.

You are encouraged to contact any office of Lakewood Bank for assistance
in determining your deposit insurance coverage.

More information is available at www.FDIC.gov or by calling the FDIC's
toll free customer assistance number - 1-877-275-3342


============================================================================
                    Money Market Gold ACCOUNT    3355
============================================================================

| DESCRIPTION | DEBITS | CREDITS | DATE | BALANCE |
|---|---|---|---|---|
| BALANCE LAST STATEMENT ..... ............... | | | 08/31/10 | 13,487.69 |
| Online Transfer to CHECKING # | | | | |
| | 2,000.00 | | 09/07/10 | 11,487.69 |
| Online Transfer to CHECKING # | | | | |
| | 2,000.00 | | 09/08/10 | 9,487.69 |
| WIRE TRANSFER FEE | 20.00 | | 09/14/10 | 9,467.69 |
| Wire Transfer to: WELLS FARGO | | | | |
| | 9,467.69 | | 09/14/10 | .00 |
| CLOSING WITHDRAWAL | .00 | | 09/14/10 | .00 |
| BALANCE THIS STATEMENT ........................ | | | 09/15/10 | .00 |

TOTAL CREDITS    (0)           .00
TOTAL DEBITS     (5)     13,487.69
            * * *  C O N T I N U E D  * * *

EXHIBIT

_C_

tabbies®

# LAKEWOOD

**B A N K**
P.O. Box 500 - Nisswa, MN 56468
218-963-7325

FDIC

DONNA WICZEK

=====================================================================
Money Market Gold ACCOUNT    3355
=====================================================================

THE DISCLOSURE PERIOD FOR THIS ACCOUNT IS 09/01/10 THRU 09/14/10.

- - - - - - - - - - I N T E R E S T - - - - - - - - - -

INTEREST PAID 2010:              77.14

- - - ITEMIZATION OF OVERDRAFT AND RETURNED ITEM FEES - - -

```
************************************************* ************************
*                                    | TOTAL FOR    |   TOTAL         *
*                                    | THIS PERIOD  | YEAR TO DATE    *
*------------------------------------------------- ----------------------*
* TOTAL OVERDRAFT FEES:              |     .00      |       .00       *
*------------------------------------------------- ----------------------*
* TOTAL RETURNED ITEM FEES:          |     .00      |       .00       *
************************************************* ************************
```

- END OF STATEMENT -



NISSWA MARINE
DEBTOR IN POSSESSION
CH.11, CASE# 09-50799 (MN)
24238 SMILEY RD
NISSWA MN 56468-2449

## Questions?

*Available by phone 24 hours a day, 7 days a week:*

**1-800-CALL-WELLS** (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (300)
Post Office Box B 514
Minneapolis MN 55479

## Your Business and Wells Fargo

Discover Wells Fargo's online educational resources, including audio and video content, newsletters and articles that provide information, strategies and actionable tips to help your business navigate today's challenging environment. To find out more visit wellsfargo.com/biz/education.

## Account options

*A check mark in the box indicates you have these convenient services with your account. Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Rewards for Business Check Card | ☐ |
| Online Statements | ☑ |
| Business Bill Pay | ☐ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 9/1 | $159,244.68 |
| Deposits/Credits | 293,187.84 |
| Withdrawals/Debits | - 274,453.05 |
| **Ending balance on 9/30** | **$177,979.47** |
| Average ledger balance this period | $154,307.50 |

Account number: 5652

**NISSWA MARINE
DEBTOR IN POSSESSION
CH.11, CASE# 09-50799 (MN)**

*Minnesota account terms and conditions apply*

For Direct Deposit and Automatic Payments use
Routing Number (RTN): 091000019

For Wire Transfers use
Routing Number (RTN): 121000248

### Overdraft Protection

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed at the top of your statement or visit your Wells Fargo branch.



EXHIBIT
tabbies



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|---|---|---|---|---|---|
| 9/1 | | WF Direct Pay-Payment- Payroll-Tran ID Dp012645576 | | 13,242.16 | |
| 9/1 | | Online Transfer Ref #Ibebyd73Xn to Business Checking Payroll | | 8,160.90 | |
| 9/1 | | Online Transfer Ref #Ibe5696Jzj to Business Checking xxxxxx9504 on 09/01/10 | | 2.50 | |
| 9/1 | 3303 | Check | | 1,612.01 | |
| 9/1 | 3267 | Check | | 1,036.37 | 135,190.74 |
| 9/2 | | Deposit | 15,619.76 | | |
| 9/2 | | Deposit | 7,664.90 | | |
| 9/2 | | Deposit | 3,838.88 | | |
| 9/2 | 3304 | Check | | 1,830.84 | |
| 9/2 | 3282 | Check | | 519.95 | |
| 9/2 | 3293 | Check | | 503.80 | |
| 9/2 | 35641 | Check | | 460.68 | |
| 9/2 | 3290 | Check | | 158.17 | |
| 9/2 | 3305 | Check | | 105.85 | |
| 9/2 | 3306 | Check | | 52.92 | |
| 9/2 | 35644 | Check | | 40.17 | 158,641.90 |
| 9/3 | | 1 Canadian Dep Items @ 5.00 Per Item | | 5.00 | |
| 9/3 | | Merchant Bankcd Deposit 100902 267382077886 Nisswa Marine Inc | 3,377.00 | | |
| 9/3 | | Merchant Bankcd Deposit 100903 267382077886 Nisswa Marine Inc | 794.98 | | |
| 9/3 | | Merchant Bankcd Interchng 100903 267382077886 Nisswa Marine Inc | | 1,653.45 | |
| 9/3 | 35645 | Cashed Check | | 718.61 | |
| 9/3 | | Merchant Bankcd Discount 100903 267382077886 Nisswa Marine Inc | | 126.73 | |
| 9/3 | | Merchant Bankcd Fee 100903 267382077886 Nisswa Marine Inc | | 30.91 | |
| 9/3 | 3310 | Check | | 1,164.00 | |
| 9/3 | 3313 | Check | | 517.05 | |
| 9/3 | 3274 | Check | | 510.60 | |
| 9/3 | 3292 | Check | | 188.50 | |
| 9/3 | 3302 | Check | | 180.00 | |
| 9/3 | 3297 | Check | | 131.25 | |
| 9/3 | | U. P. S. UPS Bill 102400000553311 Nisswa Marine | | 72.85 | 157,514.93 |
| 9/7 | | Merchant Bankcd Deposit 100906 267382077886 Nisswa Marine Inc | 15,806.76 | | |
| 9/7 | | Merchant Bankcd Deposit 100904 267382077886 Nisswa Marine Inc | 1,080.63 | | |
| 9/7 | | Online Transfer Ref #Ibe569Zh2P to Business Checking August Sales Tax | | 6,701.00 | |
| 9/7 | | Online Transfer Ref #Ibemnkgtrr to Business Checking Sept Accelerated Payment | | 4,490.00 | |
| 9/7 | 3291 | Check | | 12,370.00 | |
| 9/7 | 3311 | Check | | 6,505.00 | |
| 9/7 | 3335 | Check | | 3,023.04 | |
| 9/7 | 3307 | Check | | 2,500.00 | |
| 9/7 | 35646 | Check | | 964.83 | |
| 9/7 | 3314 | Check | | 582.19 | |
| 9/7 | 3300 | Check | | 396.46 | |
| 9/7 | 3298 | Check | | 250.00 | |
| 9/7 | 3308 | Check | | 185.97 | |
| 9/7 | 3296 | Check | | 153.23 | |
| 9/7 | 3336 | Check | | 129.39 | |
| 9/7 | 3295 | Check | | 63.89 | |
| 9/7 | 35647 | Check | | 60.00 | |
| 9/7 | 3309 | Check | | 26.01 | 136,001.31 |
| 9/8 | | Merchant Bankcd Deposit 100907 267382077886 Nisswa Marine Inc | | 1,960.36 | |
| 9/8 | 3346 | Check | | 1,402.00 | |



**WELLS FARGO**

## Transaction history *(continued)*

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/8 | 3350 | Check | | 935.00 ✓ | |
| 9/8 | 3341 | Check | | 516.64 ✓ | |
| 9/8 | 3312 | Check | | 321.35 ✓ | |
| 9/8 | 3348 | Check | | 264.00 ✓ | |
| 9/8 | 3342 | Check | | 253.15 ✓ | |
| 9/8 | | Brp US Inc Cla Pmt 100907 000000189880742 Nisswa Marine Inc | | 68.15 ✓ | 130,280.66 |
| 9/9 | | Deposit | 5,750.38 ✓ | | |
| 9/9 | | Deposit | 2,959.83 ✓ | | |
| 9/9 | | Deposit | 2,164.38 ✓ | | |
| 9/9 | | Return Item Charge - Paper MN 100909 | | 866.00 ✓ | |
| 9/9 | | Return Item Fee MN 100909 | | 12.00 | |
| 9/9 | | Direct Pay Nonwf Bus Pymt Trans | | 21.00 | |
| 9/9 | | Direct Pay Monthly Base | | 10.00 | |
| 9/9 | | Direct Pay Individual Pymt Trans | | 9.00 | |
| 9/9 | 3322 | Check | | 14,185.95 ✓ | |
| 9/9 | 3325 | Check | | 338.98 ✓ | |
| 9/9 | | Check | | 299.24 ✓ | |
| 9/9 | 3352 | Check | | 143.90 ✓ | |
| 9/9 | | Amhonda Ebpp Ebpp ACH 100907 Ebpr10116321831 313854Nisswa Marine | | 94.06 ✓ | |
| 9/9 | 3324 | Check | | 90.92 ✓ | 125,084.20 |
| 9/10 | | 1 Canadian Dep Items @ 5.00 Per Item | | 5.00 | |
| 9/10 | | Merchant Bankcd Deposit 100909 267382077886 Nisswa Marine Inc | 2,691.14 ✓ | | |
| 9/10 | 3323 | Check | | 5,530.00 ✓ | |
| 9/10 | 3316 | Check | | 4,000.00 ✓ | |
| 9/10 | 3334 | Check | | 719.15 ✓ | |
| 9/10 | 3332 | Check | | 700.00 ✓ | |
| 9/10 | | Brp US Inc Cla Pmt 100909 000000190290769 Nisswa Marine Inc | | 390.17 ✓ | |
| 9/10 | 3301 | Check | | 378.70 ✓ | |
| 9/10 | 3351 | Check | | 249.67 ✓ | |
| 9/10 | 3330 | Check | | 218.75 ✓ | |
| 9/10 | 3337 | Check | | 142.70 ✓ | |
| 9/10 | | Brp US Inc Cla Pmt 100909 000000190290762 Nisswa Marine Inc | | 92.66 ✓ | |
| 9/10 | 3345 | Check | | 91.38 ✓ | |
| 9/10 | | U. P. S. UPS Bill 102470000553311 Nisswa Marine | | 82.76 ✓ | |
| 9/10 | 3318 | Check | | 53.87 ✓ | |
| 9/10 | 3357 | Check | | 47.95 ✓ | |
| 9/10 | 3343 | Check | | 40.16 ✓ | 115,032.42 |
| 9/13 | | Merchant Bankcd Deposit 100910 267382077886 Nisswa Marine Inc | 6,393.07 ✓ | | |
| 9/13 | | Merchant Bankcd Deposit 100911 267382077886 Nisswa Marine Inc | 1,346.62 ✓ | | |
| 9/13 | 3364 | Check | | 5,000.00 ✓ | |
| 9/13 | 3361 | Check | | 817.50 ✓ | |
| 9/13 | | Vehicle Serv ACH Item Dlr35592 Nisswa Marine Inc | | 611.00 ✓ | |
| 9/13 | 3331 | Check | | 500.00 ✓ | |
| 9/13 | 3353 | Check | | 445.42 ✓ | |
| 9/13 | 3319 | Check | | 253.72 ✓ | |
| 9/13 | 3327 | Check | | 99.75 ✓ | |
| 9/13 | 3321 | Check | | 83.95 ✓ | |
| 9/13 | 3317 | Check | | 64.28 ✓ | 114,896.49 |
| 9/14 | | WT Fed#02047 Lakewood Bank, NAT /Org=Falls Flag Srf# Trn#100914056847 Rfb# | 32,000.00 ✓ | | |
| 9/14 | | WT Fed#02007 Lakewood Bank, NAT /Org=Donna Wiczek Srf# Trn#100914056990 Rfb# | 9,467.69 ✓ | | |
| 9/14 | | Merchant Bankcd Deposit 100913 267382077886 Nisswa Marine Inc | 6,108.80 ✓ | | |
| 9/14 | | Wire Trans Svc Charge - Sequence: 100914056847 Srf# Trn#100914056847 Rfb# | | 10.00 | |
| 9/14 | | Wire Trans Svc Charge - Sequence: 100914056990 Srf# Trn#100914056990 Rfb# | | 10.00 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/14 | 3180 | Check | | 1,808.84 | |
| 9/14 | 3344 | Check | | 407.62 | |
| 9/14 | 3320 | Check | | 290.99 | |
| 9/14 | 3340 | Check | | 98.22 | |
| 9/14 | | Brp US Inc Cia Pmt 100913 000000190756015 Nisswa Marine Inc | | 64.00 | |
| 9/14 | | Amhonda Ebpp Ebpp ACH 100910 Ebpr10113322743 313854Nisswa Marine | | 23.89 | 159,759.42 |
| 9/15 | | WF Direct Pay-Payment- Payroll-Tran ID Dp012862954 | | 12,971.44 | |
| 9/15 | | Online Transfer Ref #Ibebyg56Pd to Business Checking 051710 PR | | 5,736.04 | |
| 9/15 | 3338 | Check | | 2,378.40 | |
| 9/15 | 3359 | Check | | 362.46 | |
| 9/15 | 3333 | Check | | 300.54 | |
| 9/15 | 3356 | Check | | 88.08 | |
| 9/15 | | Brp US Inc Cia Pmt 100914 000000190960968 Nisswa Marine Inc | | 78.80 | |
| 9/15 | 3354 | Check | | 73.50 | |
| 9/15 | 3355 | Check | | 72.37 | |
| 9/15 | 3366 | Check | | 45.00 | |
| 9/15 | | Prudential Ins Prem 100915 2L4347424010257 Nisswa Marine Inc | | 38.25 | |
| 9/15 | | Prudential Ins Prem 100915 2L4347427010257 Nisswa Marine Inc | | 30.15 | 137,584.39 |
| 9/16 | | Deposit | 38,731.22 | | |
| 9/16 | | Deposit | 1,705.92 | | |
| 9/16 | | Deposit | 1,473.22 | | |
| 9/16 | 3373 | Check | | 13,266.61 | |
| 9/16 | 3365 | Check | | 404.03 | |
| 9/16 | 3381 | Check | | 297.78 | |
| 9/16 | 3358 | Check | | 59.23 | |
| 9/16 | 3375 | Check | | 50.25 | 165,416.85 |
| 9/17 | | Merchant Bankcd Deposit 100916 267382077886 Nisswa Marine Inc | 6,359.65 | | |
| 9/17 | 35647 | Cashed Check | | 693.81 | |
| 9/17 | 90037 | Check | | 1,753.89 | |
| 9/17 | 3374 | Check | | 707.66 | |
| 9/17 | 3379 | Check | | 400.00 | |
| 9/17 | 3328 | Check | | 243.06 | |
| 9/17 | 3371 | Check | | 214.14 | |
| 9/17 | 3349 | Check | | 156.70 | |
| 9/17 | 3369 | Check | | 131.25 | |
| 9/17 | 3347 | Check | | 108.74 | |
| 9/17 | | Brp US Inc Cia Pmt 100916 000000191448314 Nisswa Marine Inc | | 73.35 | |
| 9/17 | | U. P. S. UPS Bill 102540000553311 Nisswa Marine | | 60.79 | |
| 9/17 | | Amhonda Wholesal PO/Remit SEP 16 3138543Ax201009 Ref*BT*3138543Ax201009160806231009161 | | 33.71 | 167,199.40 |
| 9/20 | | Merchant Bankcd Deposit 100917 267382077886 Nisswa Marine Inc | 11,057.15 | | |
| 9/20 | | Merchant Bankcd Deposit 100918 267382077886 Nisswa Marine Inc | 3,357.00 | | |
| 9/20 | 3362 | Check | | 32,700.00 | |
| 9/20 | 3385 | Check | | 8,659.00 | |
| 9/20 | 3384 | Check | | 5,494.00 | |
| 9/20 | 35648 | Check | | 911.48 | |
| 9/20 | 3372 | Check | | 374.69 | |
| 9/20 | 3376 | Check | | 330.25 | |
| 9/20 | 3360 | Check | | 222.12 | |
| 9/20 | 3380 | Check | | 161.64 | |
| 9/20 | 35649 | Check | | 60.00 | |
| 9/20 | 3382 | Check | | 16.95 | 132,683.42 |
| 9/21 | | Merchant Bankcd Deposit 100920 267382077886 Nisswa Marine Inc | 25,008.31 | | 157,691.73 |
| 9/22 | | Deposit | 16,578.67 | | |
| 9/22 | | Deposit | 3,158.98 | | |
| 9/22 | 3399 | Check | | 1,654.40 | |



## Transaction history (continued)

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 9/22 | 3404 | Check | | 1,160.94 | |
| 9/22 | 3412 | Check | | 1,111.48 | |
| 9/22 | 3405 | Check | | 1,071.00 | |
| 9/22 | 3367 | Check | | 126.87 | |
| 9/22 | 3299 | Check | | 82.00 | 172,222.69 |
| 9/23 | 3406 | Check | | 485.78 | |
| 9/23 | 3403 | Check | | 400.00 | |
| 9/23 | 3401 | Check | | 392.95 | |
| 9/23 | 3388 | Check | | 93.43 | |
| 9/23 | 3383 | Check | | 62.75 | |
| 9/23 | 3397 | Check | | 51.75 | |
| 9/23 | 3363 | Check | | 10.00 | |
| 9/23 | 3413 | Check | | 7.91 | 170,718.12 |
| 9/24 | | Merchant Bankcd Deposit 100923 267382077886 Nisswa Marine Inc | 1,483.80 | | |
| 9/24 | 3391 | Check | | 2,216.07 | |
| 9/24 | 3396 | Check | | 1,941.81 | |
| 9/24 | 3392 | Check | | 597.77 | |
| 9/24 | 3414 | Check | | 533.42 | |
| 9/24 | | Check | | 321.75 | |
| 9/24 | 3326 | Check | | 227.80 | |
| 9/24 | 3407 | Check | | 183.68 | |
| 9/24 | 3377 | Check | | 166.10 | |
| 9/24 | 3398 | Check | | 110.82 | |
| 9/24 | | Brp US Inc Chax Cla 100923 000000192476971 Nisswa Marine Inc | | 58.97 | |
| 9/24 | | Amhonda Ebpp Ebpp ACH 100922 Ebpr10101324295 313854Nisswa Marine | | 58.76 | |
| 9/24 | 3386 | Check | | 57.78 | |
| 9/24 | 3411 | Check | | 53.00 | |
| 9/24 | | U. P. S. UPS Bill 102610000553311 Nisswa Marine | | 36.45 | 165,637.74 |
| 9/27 | | Merchant Bankcd Deposit 100925 267382077886 Nisswa Marine Inc | 19,595.75 | | |
| 9/27 | | Merchant Bankcd Deposit 100924 267382077886 Nisswa Marine Inc | 3,527.34 | | |
| 9/27 | | Deposit | 2,908.65 | | |
| 9/27 | | Deposit | 2,457.43 | | |
| 9/27 | 3394 | Check | | 1,633.04 | |
| 9/27 | 3393 | Check | | 593.54 | |
| 9/27 | 3390 | Check | | 288.05 | |
| 9/27 | | Brp US Inc Chax Cla 100924 000000192623862 Nisswa Marine Inc | | 128.50 | |
| 9/27 | 3387 | Check | | 85.43 | |
| 9/27 | 3415 | Check | | 8.95 | 191,389.40 |
| 9/28 | | Merchant Bankcd Deposit 100927 267382077886 Nisswa Marine Inc | 24,098.84 | | |
| 9/28 | | Deposit | 12,497.50 | | |
| 9/28 | | Return Item Charge - Paper MN 100928 | | 272.42 | |
| 9/28 | | Return Item Fee MN 100928 | | 12.00 | |
| 9/28 | 3423 | Check | | 15,000.00 | |
| 9/28 | 3416 | Check | | 376.06 | |
| 9/28 | 3389 | Check | | 64.88 | 212,260.38 |
| 9/29 | | WF Direct Pay-Payment- Payroll-Tran ID Dp013048358 | | 19,003.91 | |
| 9/29 | | Online Transfer Ref #Ibeqkprs6Z to Business Checking Payroll Taxes | | 10,935.09 | |
| 9/29 | 3424 | Check | | 4,060.00 | |
| 9/29 | 3410 | Check | | 361.23 | |
| 9/29 | 3402 | Check | | 100.00 | |
| 9/29 | 3418 | Check | | 23.80 | |
| 9/29 | 3378 | Check | | 10.69 | 177,765.66 |
| 9/30 | | Deposit | 2,123.59 | | |
| 9/30 | 3434 | Check | | 1,562.95 | |
| 9/30 | 35654 | Check | | 100.00 | |
| 9/30 | 3431 | Check | | 83.76 | |

IN RE Wiczek, Stephen John & Wiczek, Donna Lorraine     Case No. 10-51280
           Debtor(s)                                              (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking - Account # 534651 Lakewood Bank | J | 343.00 |
| | | Checking - Lakewood Bank (Falls Flags) | J | 1,252.08 |
| | | Checking - Lakewood Bank xxxx696 | J | 22.05 |
| | | Savings - Account #9063355 Lakewood Bank | | 0.00 |
| | | Savings - Acct # - Lakewood Bank for Abbie | W | 350.00 |
| | | Savings Acct - Lakewood Bank for Tanner | W | 325.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, include audio, video, and computer equipment. | | 5 Lamps | | 125.00 |
| | | Bedroom Furniture - King size bed, dresser, two night stands | | 250.00 |
| | | Computers-2 Dells 2001 | | 100.00 |
| | | Cookware | | 50.00 |
| | | Dining Room Furniture - table and six chairs | | 200.00 |
| | | Dishwaree/Utensils | | 50.00 |
| | | DVD Players-2 | | 50.00 |
| | | Living Room Furniture | | 3,000.00 |
| | | Miscelllaneous yard tools and accessories | | 100.00 |
| | | Nightstands | | 200.00 |
| | | Nominally valued movie DVD collection - 35 in number | | 35.00 |
| | | Nominally valued music CD collection - 25 in number | | 50.00 |
| | | Patio Furniture | | 300.00 |
| | | Printers | | 50.00 |
| | | Silverware | | 25.00 |
| | | Stereo Equipment-Sony 2007 | | 500.00 |
| | | Table & Chairs | | 200.00 |
| | | Televisions-Sony 2007 2-26" 1-40" 1-32" | | 2,500.00 |
| | | Washer/Dryer | | 200.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

EXHIBIT

tabbies®

E

IN RE Wiczek, Stephen John & Wiczek, Donna Lorraine          Case No. 10-51280
                        Debtor(s)                                            (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Usual and customary wearing apparel | | 200.00 |
| 7. Furs and jewelry. | | 3 Brighton Bracelets | | 150.00 |
| | | 5 Brighton Necklaces | | 500.00 |
| | | Diamond Earrings | | 200.00 |
| | | Wedding Rings | | 500.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | 2 Digitial Camera's | J | 50.00 |
| | | 2 Guns - 7 mm Remington Rifle; 100 Wincheters 12 gu | | 500.00 |
| | | Camcorder | | 50.00 |
| 9. Interest in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issue. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 30% Share - Gull Lake Properties, LLC - worthless | H | 0.00 |
| | | 35% Share - Nisswa Properties, LLC - worthless | H | 0.00 |
| | | 35% Share - Nisswa Properties, LLC - worthless | W | 0.00 |
| | | 50% Share - Nisswa Marine, Inc. - Chapter 11 See Case #09-50799 - no equity | H | 0.00 |
| | | 50% Share - Nisswa Marine, Inc. - Chapter 11 See Case #09-50799 - no equity | W | 0.00 |
| | | Sole Proprieto - Steven Wiczek and Donna Wizcek d/b/a Falls Flag Source | H | 0.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements in which the debtor is or may be entitled. Give particulars. | X | | | |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE Wiczek, Stephen John & Wiczek, Donna Lorraine          Case No. 10-51280
_____          _____
                          Debtor(s)                                                    (If known)

## AMENDED SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interest, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Northern National Bank v. Stephen J. Wiczek, Donna L. Wiczek, et. al; Trial court 11-CV-09-2168; Appeal #10-1488 | J | unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Falls Flag furnishings, fixtures, equipment | J | 9,100.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | | Falls Flag Inventory - estimated | J | 27,000.00 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Lawn Mower-John Deere 17 hp<br>Miscellaneous small hand tools | | 800.00<br>150.00 |

|  |  |  | TOTAL | 49,477.13 |
|---|---|---|---|---|

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

_____0_____ continuation sheets attached

(Include amounts from any continuation sheets attached.
Report total also on Summary of Schedules.)

B6C (Official Form 6C) (04/10)

IN RE Wiczek, Stephen John & Wiczek, Donna Lorraine     Case No. **10-51280**
                 Debtor(s)                                            (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450. *
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| **SCHEDULE A - REAL PROPERTY** | | | |
| Homestead: Parcel Number: 90-446-0090 Easterly One-Half or Lot 8, including lake frontage on Gull Lake of 55' feel: and approximately 22.5 feet on the rear line of said Lot 8 bounded on the East by the west line of Lot 9, Schaeffer's Point and all of Lots 9 and10, Schaffer's Point, Cass County, Minnesota. | 11 USC § 522(d)(1) | 1.00 | 1,880,000.00 |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| Checking - Account # 534651 Lakewood Bank | 11 USC § 522(d)(5) | 343.00 | 343.00 |
| Checking - Lakewood Bank (Falls Flags) | 11 USC § 522(d)(5) | 750.00 | 1,252.08 |
| Checking - Lakewood Bank xxxx696 | 11 USC § 522(d)(5) | 22.05 | 22.05 |
| Savings - Acct # - Lakewood Bank for Abbie | 11 USC § 522(d)(5) | 350.00 | 350.00 |
| Savings Acct - Lakewood Bank for Tanner | 11 USC § 522(d)(5) | 325.00 | 325.00 |
| 5 Lamps | 11 USC § 522(d)(3) | 125.00 | 125.00 |
| Bedroom Furniture - King size bed, dresser, two night stands | 11 USC § 522(d)(3) | 250.00 | 250.00 |
| Computers-2 Dells 2001 | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| Cookware | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Dining Room Furniture - table and six chairs | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Dishwaree/Utensils | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| DVD Players-2 | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Living Room Furniture | 11 USC § 522(d)(3) | 3,000.00 | 3,000.00 |
| Miscelllaneous yard tools and accessories | 11 USC § 522(d)(3) | 100.00 | 100.00 |
| Nightstands | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Nominally valued movie DVD collection - 35 in number | 11 USC § 522(d)(5) | 35.00 | 35.00 |
| Nominally valued music CD collection - 25 in number | 11 USC § 522(d)(5) | 50.00 | 50.00 |
| Patio Furniture | 11 USC § 522(d)(3) | 300.00 | 300.00 |
| Printers | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| Silverware | 11 USC § 522(d)(3) | 25.00 | 25.00 |
| Stereo Equipment-Sony 2007 | 11 USC § 522(d)(3) | 500.00 | 500.00 |
| Table & Chairs | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Televisions-Sony 2007 2-26" 1-40" 1-32" | 11 USC § 522(d)(3) | 2,500.00 | 2,500.00 |
| Washer/Dryer | 11 USC § 522(d)(3) | 200.00 | 200.00 |
| Usual and customary wearing apparel | 11 USC § 522(d)(3) | 200.00 | 200.00 |

*Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6C (Official Form 6C) (04/10) - Cont.

IN RE Wiczek, Stephen John & Wiczek, Donna Lorraine          Case No. 10-51280
_____                  _____
                    Debtor(s)                                      (If known)

## AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
### (Continuation Sheet)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---|---|
| 3 Brighton Bracelets | 11 USC § 522(d)(4) | 150.00 | 150.00 |
| 5 Brighton Necklaces | 11 USC § 522(d)(4) | 100.00 | 500.00 |
| Diamond Earrings | 11 USC § 522(d)(4) | 200.00 | 200.00 |
| Wedding Rings | 11 USC § 522(d)(4) | 500.00 | 500.00 |
| 2 Digitial Camera's | 11 USC § 522(d)(5) | 50.00 | 50.00 |
| 2 Guns - 7 mm Remington Rifle; 100 Wincheters 12 gu | 11 USC § 522(d)(5) | 500.00 | 500.00 |
| Camcorder | 11 USC § 522(d)(3) | 50.00 | 50.00 |
| 30% Share - Gull Lake Properties, LLC - worthless | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| 35% Share - Nisswa Properties, LLC - worthless | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| 35% Share - Nisswa Properties, LLC - worthless | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| 50% Share - Nisswa Marine, Inc. - Chapter 11 See Case #09-50799 - no equity | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| 50% Share - Nisswa Marine, Inc. - Chapter 11 See Case #09-50799 - no equity | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| Sole Proprieto - Steven Wiczek and Donna Wiczek d/b/a Falls Flag Source | 11 USC § 522(d)(5) | 100% of FMV | 0.00 |
| Falls Flag furnishings, fixtures, equipment | 11 USC § 522(d)(5) | 1.00 | 9,100.00 |
| Falls Flag Inventory - estimated | 11 USC § 522(d)(5) | 1.00 | 27,000.00 |
| Lawn Mower-John Deere 17 hp | 11 USC § 522(d)(5) | 800.00 | 800.00 |
| Miscellaneous small hand tools | 11 USC § 522(d)(3) | 150.00 | 150.00 |

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

## United States Bankruptcy Court
## District of Minnesota

IN RE:                                           Case No. **10-51280**

Wiczek, Stephen John & Wiczek, Donna Lorraine _____ Chapter **7** _____
                    Debtor(s)

### CERTIFICATE OF MAILING

The undersigned hereby certifies that a true copy of the following document(s):
**Amended Schedule B, Amended Schedule C, Amended Schedule F, Amended Statement of Financial Affairs, and Signature Declaration**

was(were) mailed to all persons in interest at the addresses set forth in the exhibit which is attached hereto, by first class mail, postage prepaid, on this _____/_____ day of _*MAR_c_h*_ , _*.3.o./*_ .

**Gregory R. Anderson 18651X**
**Anderson Larson Hanson & Saunders PLLP**
**331 SW 3d Street**
**Willmar, MN  56201-3322**
**(320) 235-4313  Fax: (320) 235-8180**
**ganderson@willmarlaw.com**

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Ally Financial
200 Renaissance Ctr
Detroit, MI 48243

Chase Auto
201 N Walnut St # De1-10
Wilmington, DE 19801

Frandsen Bank & Trust
24110 Smiley Rd
Nisswa, MN 56468-2390

GE Capital
General Electric Capital Corp/GE Direct
635 Maryville Centre Drive, Suite 120
St. Louis, MO, MN 63141

GE Commercial Finance
5595 Trillium Blvd
Hoffman Estates, IL 60192

Lakewood Bank
PO Box 500
Nisswa, MN 56468

Northern National Bank
24110 Smiley Rd
Nisswa, MN 56468-2390

Profinium Financial
PO Box 848
Fairmount, MN 56031

Small Business Administration
4105 Lexington Ave N
Suite 170
Arden Hills, MN 55126

Textron Financial Corporation
40 Westminster Street
Providence, RI 02903

Us Bank
425 Walnut St
Cincinnati, OH 45202

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**United States Bankruptcy Court**
**District of Minnesota**

IN RE:                                                    Case No. _____

Wiczek, Stephen John & Wiczek, Donna Lorraine          Chapter **7**_____
                          Debtor(s)

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NUMBER OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $ 1,880,000.00 | | |
| B - Personal Property | Yes | 3 | $ 49,475.05 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $ 2,394,497.81 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $ 3,126,687.56 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | $ 9,967.85 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 1 | | | $ 12,214.50 |
| TOTAL | | 14 | $ 1,929,475.05 | $ 5,521,185.37 | |

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only



EXHIBIT
F

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

_____

BKY No. 10-51280

In re:

Stephen John Wiczek and
Donna Lorraine Wiczek,

          Debtors.

_____

Terri A. Running, Trustee,

          Plaintiff,

vs.

Nisswa Marine, Inc.,

          Defendant.

_____

Adv. No.:  11-5009

**MEMORANDUM IN SUPPORT OF MOTION**
**FOR SUMMARY JUDGMENT**

      Plaintiff Terri A. Running, Trustee ("**Trustee**") of the bankruptcy estate of Stephen and Donna Wiczek ("**Debtors**"), submits this Memorandum in Support of her Motion for Summary Judgment against Defendant Nisswa Marine, Inc. ("**Defendant**").

      The defined terms in this Memorandum shall have the same meaning as those contained in the verified Notice of Hearing and Motion for Summary Judgment served and filed herewith. The facts relevant to this motion are contained in the verified Notice of Hearing and Motion.

      Based on the scheduling conference and conversations between counsel, it appears that Defendant's defense to this action will be that the Debtors received reasonably equivalent value for the Transfers to Defendant.  If that logic were to work, every potential debtor would incorporate a business and transfer their nonexempt assets to that entity to provide a layer of protection from their creditors and Chapter 7 trustees.

# LEGAL ARGUMENT

## I.  STANDARDS FOR SUMMARY JUDGMENT.

Summary judgment allows the Court to "pierce the pleadings and to assess the proof in order to see whether there is a genuine need for trial."  Advisory Committee Notes to Rule 56; *Moratzka v. VISA U.S.A. (In re Calstar, Inc.),* 159 B.R. 247, 250-52 (Bankr. D. Minn. 1993). Summary judgment is proper "if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law."  Fed. R. Civ. P. 56(c).

Initially, it is the burden of the movant to inform the Court of the basis for the motion, and identify those portions of "the pleadings, depositions, answers to interrogatories, and admissions on file, together with affidavits, if any, which it believes demonstrate the absence of a genuine issue of material fact." *Celotex Corp. v. Catrett*, 477 U.S. 317, 324 (1986).  The movant must show there is an absence of evidence to substantiate the non-moving party's case.  *Id.,* at 325.   To that end, the Trustee has discharged his burden by asserting that the record does not contain a triable issue and by identifying that part of the record which supports his assertions. *See Id.,* at 323.

Once the movant has made its showing, the burden of production shifts to the non-moving party which must "go beyond the pleadings and by [its] ... own affidavits, or by the 'depositions, answers to interrogatories, and admissions on file,' " and establish that there are specific and genuine issues of material fact warranting a trial.  *Celotex,* 477 U.S. at 324 (*quoting* Fed. R. Civ. P. 56(c)).  The non-moving party cannot cast some metaphysical doubt on the moving party's assertion.  *Matsushita Elec. Indust. v. Zenith Radio Corp.,* 475 U.S. 574, 586

(1986). The non-moving party must present probative evidence supporting its case sufficient "to require a . . . judge to resolve the parties' differing versions of the truth at trial." *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242, 249 (1986) (*quoting First National Bank of Arizona v. Cities Service Co.*, 391 U.S. 253, 288-89 (1968)). Any affidavits must "be made on personal knowledge, must set forth such facts as would be admissible in evidence, and shall affirmatively show that the affiant is competent to testify to the matters stated therein." Fed. R. Civ. P. 56(e). If, however, the evidence tendered is "merely colorable," or is "not significantly probative," the non-moving party has not carried its burden and the court must grant summary judgment to the moving party. *Anderson*, 477 U.S. at 249-50.

The Trustee believes summary judgment is appropriate in this case.

## THE TRANSFERS ARE AVOIADABLE AS FRAUDULENT TRANSFERS

Section 548 of the Bankruptcy Code allows the Trustee to avoid a debtor's transfer of assets made within two years of the petition date where a debtor does not receive a reasonably equivalent value in exchange for the transfer.

> The trustee may avoid any transfer (including any transfer to or for the benefit of an insider under an employment contract) of an interest of the debtor in property, or any obligation (including any obligation to or for the benefit of an insider under an employment contract) incurred by the debtor, that was made or incurred on or within 2 years before the date of the filing of the petition, if the debtor voluntarily or involuntarily–
>
>        \*          \*          \*
>
> (B) (i) received less than a reasonably equivalent value in exchange for such transfer or obligation; and
>  (ii) (I) was insolvent on the date that such transfer was made or such obligation was incurred, or became insolvent as a result of such transfer or obligation.

11 U.S.C. §548(a)(1)(B); *In re Bargfrede,* 117 F.3d 1078, 1079 (8th Cir.1997); *In re Minnesota Utility Contracting, Inc.,* 110 B.R. 414, 417 (D. Minn.1990). "[T]he trustee need not prove any

particular state of mind on the part of either debtor or defendant in connection with such transfers; if the value of the property rights exchanged is so out of parity that the Debtor received an "unreasonably" small consideration, the transfer is avoidable." *In re Northgate Computer Systems, Inc.*, 240 B. R. 248, 365 (Bankr. D. Minn. 1999).

To succeed on a claim under section 548(a)(1)(B), here the Trustee must show by a preponderance of the evidence: (1) a transfer of the Debtors' property; (2) the transfer occurred within two years of September 14, 2010, the commencement of the bankruptcy proceeding; (3) the Debtors received less than equivalent value in exchange for the transfer; and (4) Debtors were insolvent on the date of the transfer or was rendered insolvent by the transfer. *See In re Investment Bankers, Inc.*, 136 B.R. 1008, 1021 (D. Colo. 1989), *aff'd*, 4 F. 3d 1556 (10th Cir. 1993), *cert. denied sub nom.*, *Davis, Gillenwater & Lynch v. Turner,* 510 U.S. 1114, 114 S. Ct. 1061 (1994); *Glinka v. Bank of Vermont (In re Kelton Motors, Inc.)*, 130 B.R. 170, 174 (Bankr. D. Vt. 1991) (trustee must prove each element of a constructive fraudulent conveyance by a preponderance of the evidence).

1.      <u>Transfer of the Debtor's property</u>: This seems to be undisputed.  See, Complaint and Answer at par. 5 of each.

2.      <u>Transfer Within Two Years of September 14, 2010, the Petition Date</u>: This is undisputed.  See, Complaint and Answer at par. 5 of each.

3.      <u>The Debtor Received Less Than Reasonably Equivalent Value</u>: "[R]easonably equivalent value" has been interpreted to mean whether the debtor "received a fair exchange in the market place for the goods transferred."  *Ozark Restaurant Equipment Co.*, 850 F. 2d 342, 344-45 (8th Cir. 1988).  The court must analyze "whether: (1) value was given;  (2) it was given in exchange for the transfers; and (3) what was transferred was reasonably equivalent to what

4

was received." *In re Richards & Conover Steel*, Co., 267 B.R. 602, 612 (8th Cir. BAP 2001). The consideration given in exchange for the debtor's property must confer an economic benefit upon the debtor, s*ee Butler Aviation Internat'l, Inc. v. Whyte*, 6 F. 3d 1119, 1125-26 (5th Cir. 1993), as viewed by the debtor's creditors. *See In re First Capital Holdings Corp.*, 179 B.R. 902, 907 (Bankr. C.D. Cal. 1995), *citing Maddox v. Robertson (In re Prejean)*, 994 F. 2d 706, 708 (9th Cir. 1993) (reasonably equivalent value determined from viewpoint of debtor's creditors).

The transfers to Nisswa Marine, Inc. occurred almost contemporaneously with the Debtors' own bankruptcy filing. The Debtors, in effect, converted $41,000.00 in nonexempt funds by parking them in an insolvent corporation with a scheduled value of $0.00. In effect, the Debtors turned an asset valued at $41,000.00 to an asset valued at $0.00. If this ruse were to pass muster, this Court would see a sudden onset on debtors dumping nonexempt funds into their insolvent corporations to avoid paying those funds to a Trustee.

4. <u>At the Time of the Transfers, Debtors Were Insolvent or Became Insolvent</u> as a <u>Result of the Transfers.</u>

Again, the Transfers occurred virtually contemporaneously with the Debtors' bankruptcy filing. Insolvency, as to the Debtors, is defined by 11 U.S.C. §101(32)(A) and essentially focuses on debts being greater than the value of the Debtors' property. Here, the Debtors' Summary of Schedules, filed on September 14, 2010, lists assets of roughly $1.9 million dollars and debts of over $5.5 million dollars. The Debtors were insolvent.

## CONCLUSION

Based upon the foregoing, there being no genuine issues of material fact, and all the elements of an avoidable claim having been shown, the Trustee respectfully requests that summary judgment be entered against Defendant.

**WHEREFORE**, the Trustee requests summary judgment in his favor:

1.      Awarding the Trustee a judgment against Nisswa Marine, Inc. in the amount of $41,467.69;

2.      For such other and further relief as is just and equitable.

**LEONARD, O'BRIEN,**
**SPENCER, GALE & SAYRE, LTD.**

Dated: June 17, 2011                                    /e/ Matthew R. Burton
By_____
    Matthew R. Burton, #210018
    Attorneys for Plaintiff
    100 South Fifth Street, Suite 2500
    Minneapolis, Minnesota  55402-1234
    (612) 332-1030

439382

_____

In re:                                                    Chapter 7 Case
                                                         Bankr. No. 10-51280
Stephen John Wiczek and
Donna Lorraine Wiczek,

            Debtors.
_____

Terri A. Running, Trustee,
                                                         Adv. No.: 11-5009
            Plaintiff,

vs.

Nisswa Marine, Inc.,

            Defendant.
_____

## UNSWORN CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2011, I caused the following documents:

***Notice of Hearing and Motion for Summary Judgment, Memorandum of Law and Findings of
Fact, Conclusions of Law and Order for Summary Judgment (proposed)***

to be filed electronically with the Clerk of Court through ECF, and that the above documents will be
delivered by automatic e-mail notification pursuant to ECF and this constitutes service or notice
pursuant to Local Rule 9006-1(a).

                                                         /e/  Stephanie Wood
Dated:  June 17, 2011                                    _____
                                                         Stephanie Wood
                                                         100 South Fifth Street, Suite 2500
                                                         Minneapolis, MN  55402
                                                         (612) 332-1030

440305

———————————————————————

BKY No. 10-51280

In re:

Stephen John Wiczek and
Donna Lorraine Wiczek,

        Debtors.

———————————————————————

Terri A. Running, Trustee,

        Plaintiff,

vs.

Nisswa Marine, Inc.,

        Defendant.

———————————————————————

Adv. No.:  11-5009

**FINDINGS OF FACT, CONCLUSIONS OF LAW,
AND ORDER FOR JUDGMENT**

      This case is before the Court on the motion of Terri A. Running, trustee for summary judgment.

      Upon the motion and the files,

## FINDINGS OF FACT

      1.     This court has jurisdiction over this motion under 28 U.S.C. §§157 and 1334 and Federal Rule of Bankruptcy Procedure 5005.

      2.     Defendant is a corporation wholly-owned by the Debtors Stephen and Donna Wiczek ("**Debtors**") which operates as a marina and boat dealership Nisswa, Minnesota.

      3.     Defendant emerged from its own Chapter 11 reorganization (Bankr. 09-50799) on August 19, 2010 by way of confirmation of its plan of reorganization.

      4.     In its monthly report for the period ending August 19, 2010 and submitted to the Office of the United States Trustee, Defendant reported assets in excess of $1.5 million dollars and

cash in excess of $150,000.00.

5.    During the 90 days prior to the commencement of this bankruptcy case, Debtors transferred $41,467.69 (the "**Transfers**") to Defendant as follows:

      a.    $22,000.00 wire on <u>September 14, 2010</u> (date of filing) from account of "Stephen J. Wiczek d/b/a Falls Flag Source."

      b.    $9,467.69 wire on <u>September 14, 2010</u> from account of "Donna Wiczek POD Account."

6.    The Debtors were insolvent at the time of the Transfers (the day they commenced their own bankruptcy case) and this is admitted by Debtors in their Answer at par. 12.

7.    On or about September 13, 2010, Defendant had $114,896.49 on deposit at Wells Fargo.  On September 28, 2010, Defendant had $212,260.38 on deposit at Wells Fargo.

8.    The Debtors did not receive reasonably equivalent value for the Transfers.  This is evidenced by the following:

      a.    Debtors scheduled their interest in Nisswa Marine, Inc. to be valued at $0.00 on the same day as the Transfers.  The amended schedules did not change that valuation.

      b.    Nisswa Marine, Inc. has just emerged from Chapter 11 bankruptcy and remained insolvent.

9.    Debtors made the Transfers to hinder, delay or defraud their creditors and the Trustee.

10.    Debtors made the Transfers at a time when they believed, or should have believed, that they could not pay their debts as they became due.  This is evidenced by the following:

      a.    Debtors filed bankruptcy on the same date as the Transfers.

b.      Debtors home was in foreclosure and their business, the Defendant, was just emerging from its own bankruptcy.

c.      Debtors' schedules, although incomplete and inaccurate, evidence substantial unpaid debts.

## CONCLUSIONS OF LAW

1.      There does not exist any genuine issues of material facts and the trustee is entitled to summary judgment as a matter of law.

2.      The Trustee is entitled to relief pursuant to avoid the Transfers pursuant to 11 U.S.C. §548 and is entitled to judgment pursuant to 11 U.S.C. §550.

## ORDER FOR JUDGMENT

**IT IS ORDERED** that the clerk shall enter an order and judgment in favor of the Plaintiff and against the Defendant as follows:

1.      The Trustee is awarded the sum of $41,467.69.

2.      The Trustee is awarded her costs and disbursements in this action.


Dated: _____

                                                    _____
                                                    Gregory F. Kishel
                                                    Chief United States Bankruptcy Judge

440030